FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2023

CENTRAL DISTRICT OF CALIFORNIA
BY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR VALENTIN FELIX OSUNA,<br><br>Defendant. | Case No.   23-MJ-4412<br><br>ORDER OF DETENTION |

I.

On August 30, 2023, Defendant – assisted by a Spanish language interpreter - made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender Erin Darling was appointed to represent Defendant. The government was represented by Assistant United States Attorney Brittany Harris. Defendant submitted on the recommendation by Pretrial Services that Defendant be detained.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

the danger to any person or the community. [18 U.S.C. § 3142(g)]. The Court also considered ~~all the evidence adduced at the hearing and the arguments of counsel, and~~ the report and recommendation of the U.S. Pretrial Services Agency.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ history of substance abuse
- ☒ history of warrants and previous probation violations
- ☒ Defendant is a citizen of Mexico and has no legal status in the United States; Defendant was previously deported from the United States and ordered not to re-enter the United States without permission; Defendant re-entered the United States without permission
- ☒ use of aliases and name variations
- ☒ Unrebutted Presumption.

As to danger to the community:

- ☒ allegations in the criminal complaint
- ☒ prior violations of court ordered supervision
- ☒ criminal history includes convictions for narcotics related offense
- ☒ Unrebutted Presumption.

### V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 30, 2023

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE